UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TECHTRONIC CORDLESS GP,

                    Plaintiff,

          -v-

MAERSK A/S, VC N PRIORITY SHIPPING GMBH &
CO. KG, and M/V NORTHERN PRIORITY, IN REM,

                    Defendants.

CIVIL ACTION NO.: 22 Civ. 9513 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On review of the parties' proposed case management plan (ECF No. 24) ("PCMP"), the Court finds that an initial case management conference ("ICMC") is unnecessary.  Accordingly, the ICMC scheduled for June 5, 2023 is CANCELLED.  The Court will enter the PCMP by separate order.

A status conference is scheduled for **Wednesday, August 2, 2023 at 10:00 a.m.** on the Court's conference line.  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to terminate the ICMC scheduled for June 5, 2023.

Dated:       New York, New York
             May 30, 2023

                    SO ORDERED.

                    SARAH L. CAVE
                    **United States Magistrate Judge**