UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TECHTRONIC CORDLESS GP,

Plaintiff,

-v-

MAERSK A/S,

Defendant.

CIVIL ACTION NO.: 22 Civ. 9513 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, August 2, 2023 (the "Conference"), the

Court hereby orders as follows:

1. By **September 15, 2023**, the parties shall file a joint status letter on the docket setting

forth: (i) what additional discovery has been completed since the Conference, (ii) the

status of potential Third-Party Defendant CSX, and (iii) whether the parties are interested

in scheduling a settlement conference with the Court.

2. The parties' August 15, 2023 deadline to interpose amended pleadings pursuant to

Fed. R. Civ. P. 15(a) (ECF No. 26 ¶ 8) is ADJOURNED and HELD IN ABEYANCE pending the

parties' joint status letter as set forth above.

Dated:      New York, New York
            August 2, 2023

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**