UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TECHTRONIC CORDLESS GP,

Plaintiff,

-v-

MAERSK A/S,

Defendant.

CIVIL ACTION NO.: 22 Civ. 9513 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' settlement (ECF No. 38), the deadlines associated with discovery and Defendant's anticipated motion for partial summary judgment (ECF No. 33) are ADJOURNED sine die pending an Order of dismissal from the Honorable Gregory H. Woods.

Dated:     New York, New York
           November 13, 2023

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**